## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## NEW HAVEN DIVISION

JUL 1 2026 AM10:09
FILED-USBC-CT-NEW HAV

In re:   Paul Alex Siladi Jr                                    : CHAPTER 13

Deutsche Bank National Trust Company, As trustee, on behalf of the
holders of the Washington Mutual Mortgage Securities Corp. WaMu
Mortgage Pass-Through Certificates, Series 2005-AR6
   and its assigns by Select Portfolio Servicing, Inc.

                                                               : Case #25-30489

VS.

Paul Alex Siladi, Jr
   Movant

Roberta Napolitano
Trustee                                                        : July 1, 2026

### MOVANT'S STATEMENT OF PROPOSED FINDINGS OF FACT AND
### CONCLUSIONS OF LAW IN SUPPORT OF SANCTIONS MOTION

Movant Paul Alex Siladi, Jr., pro se, respectfully submits the following proposed findings of fact
and conclusions of law in support of his motion for sanctions against Deutsche Bank.

## PROPOSED FINDINGS OF FACT

1. On or about January 25, 2012, Movant received a Chapter 7 discharge in a prior
   bankruptcy case that fully discharged the personal liability on the debt at issue. This
   discharge occurred approximately 14 years before the events giving rise to the current
   sanctions motion.

2. Movant does not owe Deutsche Bank any funds as a personal liability due to the
   discharge.

3. Deutsche Bank admitted filing Form 410 (Claim 7-1) in this Chapter 13 case despite the
   long-standing discharge.

4. Deutsche Bank's post-discharge actions, including the filing of Claim 7-1 and continued foreclosure pursuit, were taken with knowledge of the discharge and constitute acts to collect a discharged debt.

5. As a direct and proximate result of Deutsche Bank's actions, Movant suffered severe emotional distress, including extreme anxiety, several hospitalizations since Deutsch Bank"s filing of form 310 on August 1, 2026 the  sleeplessness, and ongoing mental anguish.

6. The emotional distress caused by Deutsche Bank's conduct directly contributed to Movant's stroke and subsequent hospitalizations. Movant required emergency medical care and continues to receive outpatient treatment as a result.

7. Movant has incurred medical bills and other damages as a result of the stroke and related health deterioration caused by the emotional distress from Deutsche Bank's violations.

## PROPOSED CONCLUSIONS OF LAW

1. Deutsche Bank's filing of Form 410 and related post-discharge actions violate the discharge injunction under 11 U.S.C. § 524(a)(2).

2. Emotional distress damages are recoverable for willful violations of the discharge injunction where a close causal connection exists between the violation and the harm suffered. Lay testimony regarding observable distress and its physical consequences (including stroke and hospitalization) is admissible and sufficient to establish damages.

3. Movant is entitled to sanctions, including actual damages, emotional distress damages, punitive damages if appropriate, legal defense preparation fees, and costs, for Deutsche Bank's violation of the discharge injunction.

4. Movant's testimony and evidence regarding the emotional distress, stroke, and the otherhopital hospitalizations should be fully considered at the July 9, 2026 hearing

WHEREFORE, Movant respectfully requests the Court adopt these findings and conclusions and grant appropriate sanctions relief against Deutsche Bank.

Respectfully submitted

Paul Alex Siladi, Jr., Pro Se / Movant
66 Augusta Drive
Milford, CT 06461
(203) 219-2160 snep10@gmail.com

## CERTIFICATE OF SERVICE

I, Paul Alex Siladi, Jr., hereby certify that on July 1, 2026, a copy of the foregoing Statement of Proposed Findings of fact and Conclusions of Law in Support of Sanctions Motion  was sent by first class mail to:

Geoffrey K. Milne, Esq.
Hinshaw & Culbertson LLP
53 State Street, 27th Floor
Boston, MA 02109
gmilne@hinshawlaw.com

Jessica L. Braus, Esq.
Glass & Braus LLC
25 Lindberg Street
Fairfield, CT 06824
Tel: 203-371-2133

Roberta Napolitano
Chapter 13 Trustee
10 Columbus Boulevard, 6th Floor
Hartford, Ct 06106
Tel: (860)278-9410

U.S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 3
New Haven, CT 06510

_____
Paul Alex Siladi, Jr.
66 Augusta Drive
Milford, CT  06461