United States Bankruptcy Court

District of Connecticut

In re:

Paul Alex Siladi, Jr

    Debtor

Case No. 25-30489-amn

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0205-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 01, 2026 | Form ID: pdfdoc2 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2026:**

**Recip ID**    **Recipient Name and Address**
db    + Paul Alex Siladi, Jr, 66 Augusta Drive, Milford, CT 06461-1683

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:

**Name**    **Email Address**

Geoffrey Kent Milne

on behalf of Creditor Deutsche Bank National Trust Company  as trustee, on behalf of the holders of the Washington Mutual Mortgage Securities Corp. WaMu Mortgage Pass-Through Certificates, Series 2005-AR6 and its assigns gmilne@hinshawlaw.com, mtervo@hinshawlaw.com

Jessica L. Braus

on behalf of Creditor Deutsche Bank National Trust Company  as trustee, on behalf of the holders of the Washington Mutual Mortgage Securities Corp. WaMu Mortgage Pass-Through Certificates, Series 2005-AR6 and its assigns jessica@glassbraus.com, dan@glassbraus.com,general@glassbraus.com

Roberta Napolitano

on behalf of Trustee Roberta Napolitano notices@ch13rn.com rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

Roberta Napolitano

notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

U. S. Trustee

District/off: 0205-3                     User: admin                     Page 2 of 2
Date Rcvd: Jul 01, 2026                  Form ID: pdfdoc2                 Total Noticed: 1

USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 5

**File an Order:**

[25-30489 Paul Alex Siladi, Jr](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 3 (New Haven) |
| Assets: y | Judge: amn | Case Flag: Repeat, DebtEd |

## U.S. Bankruptcy Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from sms entered on 7/1/2026 at 4:08 PM EDT and filed on 7/1/2026

**Case Name:** Paul Alex Siladi, Jr
**Case Number:** [25-30489](#)
**Document Number:** 149

**Docket Text:**

**ORDER DENYING MOTION TO STRIKE:** Deutsche Bank National Trust Company as trustee, on behalf of the holders of the Washington Mutual Mortgage Securities Corp., WAMU Mortgage Pass-through Certificates, Series 2005-AR6 (the "Bank") filed a motion for relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(4). ECF No. 19. (the 'Motion'). In support of the Motion the Bank filed a supplemental memorandum on November 4, 2025. ECF No. 45 (the 'Supplement'). The Bank later withdrew the Motion on December 4, 2025, during a hearing attended by Mr. Siladi. ECF No. 51. Now, nearly eight months later Mr. Siladi seeks to strike some or all of the Supplement, pursuant to Fed.R.Civ.P. 12(f), arguing it is scandalous and defamatory. ECF No. 141 (the 'Motion to Strike').

The Court has carefully considered Mr. Siladi's argument but disagrees the allegations made in the Supplement are scandalous or defamatory, generally, or in the context of this litigation. Fraudulent transfer claims are common in bankruptcy cases. The Court is quite capable of considering allegations like the ones made in the Supplement and determining and weighing relevant facts. Here, the Supplement appears to be irrelevant to the parties' dispute since the Motion it was to support was withdrawn.

All other arguments were considered and found to be without merit.

For these reasons the Motion to Strike filed as ECF No. 141 is denied. Signed by Chief Judge Ann M. Nevins on July 1, 2026. (RE: [141]). (sms)

The following document(s) are associated with this transaction:

**25-30489 Notice will be electronically mailed to:**

Jessica L. Braus on behalf of Creditor Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Washington Mutual Mortgage Securities Corp. WaMu Mortgage Pass-Through Certificates, Series 2005-AR6 and its assigns
jessica@glassbraus.com, dan@glassbraus.com,general@glassbraus.com

Geoffrey Kent Milne on behalf of Creditor Deutsche Bank National Trust Company, as trustee, on behalf of the holders of

the Washington Mutual Mortgage Securities Corp. WaMu Mortgage Pass-Through Certificates, Series 2005-AR6 and its assigns
gmilne@hinshawlaw.com, mtervo@hinshawlaw.com

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

Roberta Napolitano on behalf of Trustee Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**25-30489 Notice will not be electronically mailed to:**

Paul Alex Siladi, Jr
66 Augusta Drive
Milford, CT 06461